IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SANDRA JONES,

    Plaintiff,

vs.

MARY MIDDLETON, Probate Judge;
ROBERT C. WALKER, Chairman,
Long County Board of Commissioners;
DAVID RICHARDSON, Vice Chairman,
Long County Board of Commissioners;
CLIFTON DeLOACH; WALLACE
SHAW; JOEL FULLER, Commissioners;
CRAIG NOBLES, Sheriff; and
ROBERT BERRY, Chief Deputy.

    Defendants.

CIVIL ACTION NO.: CV212-025

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 12 day of March, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)